UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CRYSTAL CONWAY, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>PORTFOLIO RECOVERY GROUP, )<br>LLC, and DANIEL OLCOTT, )<br>)<br>Defendants. ) | Case No. 4:12CV02244 ERW |

## MEMORANDUM AND ORDER

This matter comes before the Court on Plaintiff Crystal Conway's Motion to Compel Responses to Post-Judgment Discovery [ECF No. 32].

On August 15, 2013, the Court entered Default Judgment in the amount of $7,962.00 against Defendants Portfolio Recovery Group, LLC and Daniel Olcott. Defendants failed to tender funds in satisfaction of the Judgment. Therefore, on September 12, 2013, Plaintiff served Defendants with post-judgment discovery, seeking information regarding Defendants' income and assets to aid in satisfaction of the Judgment pursuant to Federal Rule of Civil Procedure 69(a)(2). Defendants have failed to answer the discovery request. Thus, on November 18, 2013, Plaintiff's counsel sent correspondence to Defendants, requesting they respond, and advising failure to do so would result in the instant Motion to Compel. Defendants have replied neither to the discovery request nor to correspondence from Plaintiff's counsel. Plaintiff now asks the Court to order Defendants to either pay the Judgment in full or answer the discovery request within seven days. Defendants have failed to respond to Plaintiff's Motion.

Based upon the foregoing, the Court finds Plaintiff is entitled to her requested Order. Defendants have failed to respond at all to Plaintiff's discovery request, correspondence, or Motion.

Additionally, Plaintiff has certified she attempted to confer in good faith with Defendants, in an effort to obtain discovery without Court action. Fed. R. Civ. P. 37(a)(1).

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff Crystal Conway's Motion to Compel Responses to Post-Judgment Discovery [ECF No. 32] is **GRANTED.**

**IT IS FURTHER ORDERED** that Defendants Portfolio Recovery Group, LLC and Daniel Olcott shall, within seven days of the filing of this Order, pay the Judgment of $7,962.00 in full or respond to Plaintiff's post-judgment discovery. Failure to comply will likely result in an order of contempt.

Dated this  20th  day of December, 2013.

_____
E. RICHARD WEBBER
SENIOR UNITED STATES DISTRICT JUDGE